ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :   NOTICE OF INTENT TO
                                      FILE AN INFORMATION
            -v.-                  :
                                      12 CRIM 576
DAVID HAUSMAN,                    :

            Defendant.            :

- - - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an Information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:  New York, New York
        ~~June~~ July 20, 2012

                              PREET BHARARA
                              United States Attorney

                        By:   _____
                              Janis M. Echenberg
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                        By:   _____
                              Joseph Bondy, Esq.
                              Joel Rudin, Esq.
                              Attorneys for DAVID HAUSMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: JUL 31 2012

JUDGE OETKEN

JUDGE OETKEN